UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BENJAMIN RUBY, individually, and obn behalf of all others similarly situated,

        Plaintiff(s),

vs.

BUILD-A-BEAR WORKSHOP, INC.

        Defendant(s).

Case No. 4:21-CV-01152-JAR

**DESIGNATION OF NEUTRAL BY PARTIES
AND
ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated  MAY 9, 2022  the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Francis (Frank) X. Neuner, Jr.

Firm Name and Address:
Neuner Mediation & Dispute Resolution
120 South Central Avenue,
Suit 1250
St. Louis, Missouri 63105

Telephone & FAX Number: (314) 748-1680 (phone) - No fax number available

**The attorneys of record in this case are:**

Name of Lead Counsel: Christopher E. Roberts

Firm Name and Address:
Butsch Roberts & Associates LLC
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105

Telephone & FAX Number: (314) 863-5700 (phone); (314) 863-5711 (fax)

Name of Other Counsel: Edward Pivin

Firm Name and Address: Lewis Rice LLC
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101

Telephone & FAX Number: (314) 444-7600 (phone); (314) 241-6056 (fax)

**The completion deadline for this ADR referral is** July 1, 2022

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: June 27, 2022

Time of Conference: 9:00 a.m.   a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: Neuner Mediation & Dispute Resolution
120 South Central Avenue, Suite 1250
St. Louis, Missouri 63105

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

05/16/2022
Date

/s/ Christopher E. Roberts

Signature of Plaintiff(s)

/s/ Edward T. Pivin

Signature of Defendant(s)