**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BENJAMIN RUBY, individually and on behalf of all similarly situated individuals, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:21-CV-1152-JAR |
| BUILD-A-BEAR WORKSHOP, INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Status Conference and to Stay Deadline for Motion for Preliminary Approval of Class Action Settlement (ECF No. 51) is **GRANTED**. The March 10, 2023 deadline for the parties to submit their Motion for Preliminary Approval of Class Action Settlement is **STAYED**.

**IT IS FURTHER ORDERED** that this matter is set for a telephone status conference on **March 9, 2023, at 11:00 a.m. CST**. Call-in information will be sent to counsel for the parties.

Dated this 8th day of March, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE