UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN RUBY, individually and on behalf of all similarly situated individuals, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | No. 4:21-CV-1152-JAR |
| BUILD-A-BEAR WORKSHOP, INC., | | |
| Defendant. | | |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit their Motion for Preliminary Approval of Class Action Settlement no later than **March 24, 2023**.

**IT IS FURTHER ORDERED** that Defendant shall provide Plaintiff's counsel with a spreadsheet with the putative class members' contact information within five (5) days after the claims administrator send the notices to those class members. The putative class members' contact information shall be designated as "Confidential-Attorneys' Eyes Only," as that term is defined in the Protective Order (ECF No. 18). Plaintiff's counsel shall return to Defendant the putative class members' contact information either at the conclusion of the litigation or after the denial of motion for final approval of the settlement if the settlement is not approved.

Dated this 9th day of March, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE